UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTINE JONES and MARK JONES, | 1:08-cv-00069-LJO-SMS (PC) |
| Plaintiffs, | ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS (Docs. 2, 6, 8.) |
| v. | and |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS **ON BEHALF OF MARK JONES CDC# C-12452** |
| Defendants. | |

Plaintiffs, Christine and Mark Jones, are proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2008, plaintiff Christine Jones submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) On June 12, 2008 and July 17, 2008, plaintiff Mark Jones submitted applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 6, 8.) Each plaintiff has made the showing required by § 1915(a) and accordingly, the applications to proceed in forma pauperis will be granted.

Because plaintiff Mark Jones is a prisoner, he is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff Mark Jones is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court

payments from plaintiff Mark Jones' account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiffs' applications to proceed in forma pauperis are GRANTED;

**2. The Director of the California Department of Corrections or his designee shall collect payments from <u>plaintiff Mark Jones'</u> prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff Mark Jones' in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:    July 24, 2008**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE